**Order entered April 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00026-CV

### RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants

### V.

### MERRITT HAWKINS & ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellee's April 3, 2019 unopposed motion for consideration of supplemental *in camera* record. Appellee explains that, pursuant to the parties' "Agreed Protective Order," the parties filed certain confidential documents with the trial court electronically with redactions, but submitted copies of those documents to the trial judge and each other without redaction. The copies submitted to the trial judge no longer exist, and appellee seeks to have filed via hand delivery an "*in camera* supplemental record" containing those documents.

We **GRANT** the motion to the extent we **ORDER** the parties deliver a copy of the confidential documents to the trial court clerk for inclusion in a supplemental clerk's record no later than May 9, 2019. *See* Tex. R. App. P. 34.5(e). The supplemental clerk's record shall be

filed no later than May 14, 2019 and shall be filed under seal. As appellee references the "*in camera* supplemental record*" in its response brief, we further **ORDER** appellee to file an amended brief with citations to the supplemental clerk's record within ten days of the filing of the record. Appellants' reply brief, which is currently due May 23, 2019, shall be filed within ten days of the filing of appellee's amended brief.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre and the parties.


/s/    BILL WHITEHILL
         JUSTICE